UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 05-CV-01-KKC

ABDUS-SHAHID M.S. ALI                                                                    PLAINTIFF

VS:                              **MEMORANDUM OPINION AND ORDER**

FEDERAL BUREAU OF PRISONS, ET AL.                                          DEFENDANTS


The plaintiff has filed a Motion for Reconsideration in light of his now-offered Amendments to his complaint [Record No.12]. The plaintiff seeks for the Court to reconsider its Memorandum Opinion and Order of April 26, 2005 [Record No. 8], in light of his amendments offered in an effort to presently "cure" the deficiencies of his original filing.

The plaintiff is proceeding *in forma pauperis*.

28 U.S.C. §1915(e) requires district courts to screen cases at the moment of filing and to *sua sponte* dismiss those that fail to meet certain standards. *See McGore v. Wrigglesworth*, 114 F.3d 601, 612; *accord* 28 U.S.C. §1915(e)(2). The plaintiff should not be permitted to amend his complaint because the Prison Litigation Reform Act requires courts to screen and dismiss complaint "even before . . . the individual has had an opportunity to amend the complaint." *McGore*, 114 F.3d at 608-09; *accord*, 28 U.S.C. § 1915(e)(2). The plaintiff's Motion to Recall the Judgment [Record No. 12] is really a Motion for Leave to Amend the Complaint and a tendered amended complaint which must be denied. *Stamps v. Leskow*, 76 Fed.Appx. 86, 2003 WL 22177264 (6th Cir.(Mich.) Sept. 19, 2003). When a district court has dismissed a prior complaint, *sua sponte*, pursuant to 28 U.S.C. §§1915(e)(2) or 1915A, a subsequently filed amended complaint may be rejected by the court because dismissals pursuant to Prison Litigation Reform Act screening provisions do not give the

district court discretion to permit a plaintiff to amend a complaint to avoid *sua sponte* dismissal. *Id.* (citing *See Baxter v. Rose*, 305 F.3d 486, 488-89 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 608, 612 (6th Cir. 1997)).

## CONCLUSION

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff's Motion to Recall Judgment/Motion to Amend [Record No. 12] is **DENIED**.

This the 31st  day of May, 2005.

**Signed By:**

*__Karen K. Caldwell__*   *KKC*

**United States District Judge**